UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | | |
|---|---|---|
| TREJUAN ROBBINS and COREY ALAN BENNETT, | ) ) ) | Case No. 3:20-cv-36 |
| *Plaintiffs*, | ) ) | Judge Travis R. McDonough |
| v. | ) ) | Magistrate Judge Debra C. Poplin |
| LT. DAVID WISE, | ) ) | |
| *Defendant*. | ) | |

## JUDGMENT ORDER

For the reasons set forth in the accompanying memorandum opinion:

1. This action is **DISMISSED WITHOUT PREJUDICE** for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b);

2. Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should either Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*, *see* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24; and

3. The Clerk is **DIRECTED** to close the file.

**SO ORDERED.**

                                                       **/s/** *Travis R. McDonough*
                                                       **TRAVIS R. MCDONOUGH**
                                                       **UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
   s/ John Medearis
  CLERK OF COURT